**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DIRECTV,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:04CV392** |
| vs. | ) | |
| | ) | **ORDER** |
| **GIDEON GILLISPIE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its Order [22] to Attorney Sandra H. Frantz to show cause why she has not registered for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and pay the court's annual assessment as required by NeCivR 1.7(h). The matter was set for a hearing and counsel Frantz ordered to appear April 20, 2005 at 9:00 a.m.

On April 19, 2005 counsel Frantz complied with the rules of the court. Therefore,

**IT IS ORDERED:**

1. In light of compliance by attorney Sandra H. Frantz, the show cause order is moot.

2. The hearing set for April 20, 2005 at 9:00 a.m. is cancelled.

Dated this 20th day of April 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge