# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DIRECTV, INC.,** | CASE NO. 8:04CV392 |
| **Plaintiff,** | |
| vs. | ORDER OF DISMISSAL |
| **GIDEON GILLISPIE,** | |
| **Defendant.** | |

This matter is before the Court on the Stipulation for Dismissal (Filing No. 26) filed by the plaintiff, DirecTV, Inc., and the Defendant, Gideon Gillispie. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(ii). The Court, being fully advised in the premises, finds that the requested dismissal is appropriate.

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 26) is approved and the relief requested therein is granted;

2. This action is dismissed with prejudice as to each and every claim, each party to pay its own costs and attorney fees.

DATED this 18th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge